## UNITED STATES DISTRICT COURT SOUTHERN INDIANA

USA -VS- PHILLIPS, DARRELL                                    IP05-CR-0043-15-B/L

| FILED | CLOSED | OFFENSE | NO. DEFTS | MAG CASE NO. | JUDGE | MAGISTRATE |
|---|---|---|---|---|---|---|
| 07/12/2005 | 01/18/2007 | Felony | 18 | N/A | BARKER | LYNCH |

USA
plaintiff

**JOSH MINKLER**
UNITED STATES ATTORNEY'S OFFICE
10 WEST MARKET STREET, SUITE 2100
INDIANAPOLIS, IN 46204
(317)226-6333

V.
PHILLIPS, DARRELL
defendant

**KEVIN MCSHANE**
ATTORNEY AT LAW
235 N DELAWARE STREET
INDIANAPOLIS, IN 46204
(317)684-0674

| NO. | COUNTS | OFFENSE |
|---|---|---|
| 1 | 1 | CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE |

| DATE | PROCEEDINGS |
|---|---|
| 07/12/2005 | INDICTMENT FILED (Superseding) eod 07/12/05 [MAC] |
| 07/12/2005 | CRIM INFO SHEET eod 07/12/05 [MAC] |
| 07/12/2005 | PRAECIPE for Warrant eod 07/12/05 [MAC] |
| 07/12/2005 | WARRANT ISSUED eod 07/12/05 [MAC] |
| 07/12/2005 | NGPL ORDER ASSIGNS JURY TRIAL to 09/12/05 at 09:30AM Room 216 (SEB) c/m eod 07/12/05 [MAC] |
| 07/13/2005 | MOTION to unseal the superseding indictment USA eod 07/13/05 [CBU] |
| 07/13/2005 | INDICTMENT UNSEALED per the order this date cm KPF eod 07/13/05 [CBU] |

| | |
|---|---|
| 08/22/2005 | APPEARANCE - RET by Kevin McShane - DEFT eod 08/22/05 [MAC] |
| 08/22/2005 | USM RETURN - Warrant received on 6/13/05 and executed on 8/22/05 eod 08/23/05 [MAC] |
| 08/22/2005 | COURTROOM MINUTES of a hearing held before U S Mag Judge Godich eod 08/23/05 [SWM] |
| 08/22/2005 | DEFT APPEARS IN PERSON AND w/retained counsel Kevin McShane eod 08/23/05 [SWM] |
| 08/22/2005 | INITIAL APPEARANCE ON INDICTMENT/INFORMATION (Superseding) eod 08/23/05 [SWM] |
| 08/22/2005 | APPEARANCE FOR THE USA BY AUSA Josh Minkler eod 08/23/05 [SWM] |
| 08/22/2005 | USPO Represented by Mike Burress eod 08/23/05 [SWM] |
| 08/22/2005 | CHARGES & RIGHTS and Penalties were read and explained eod 08/23/05 [SWM] |
| 08/22/2005 | Govt moves for temporary detention. Court grants same eod 08/23/05 [SWM] |
| 08/22/2005 | COURTROOM MINUTES ASSIGNS HEARING to 08/24/05 at 11:00AM Room 243 (JPG) c/m (detention) eod 08/23/05 [SWM] |
| 08/22/2005 | DEFT REMANDED TO CUSTODY of the US Marshals pending further proceedings before the Court eod 08/23/05 [SWM] |
| 08/22/2005 | APPEARANCE - RET Kevin McShane on behalf of DEFT eod 08/23/05 [SWM] |
| 08/24/2005 | COURTROOM MINUTES of a hearing held before U S Mag Judge Shields eod 08/25/05 [SWM] |
| 08/24/2005 | DEFT APPEARS IN PERSON AND w/retained counsel Kevin McShane eod 08/25/05 [SWM] |
| 08/24/2005 | APPEARANCE FOR THE USA BY AUSA Josh Minkler eod 08/25/05 [SWM] |
| 08/24/2005 | USPO Represented by Mark McCleese eod 08/25/05 [SWM] |
| 08/24/2005 | PROBABLE CAUSE HEARING held and Detention Hearing held and Probable Cause was found and deft ordered detained eod 08/25/05 [SWM] |

| | |
|---|---|
| 08/24/2005 | DEFT REMANDED TO CUSTODY of the US Marshals pending further proceedings before the Court eod 08/25/05 [SWM] |
| 08/25/2005 | ENTRY and; eod 08/26/05 [SWM] |
| 08/25/2005 | ORDER OF DETENTION pending trial VSS eod 08/26/05 [SWM] |
| 09/09/2005 | ORDER GRANTS defts' Motion to Continue Jury Trial. cm SEB eod 09/09/05 [MAC] |
| 09/09/2005 | ORDER VACATES JURY TRIAL of 09/12/05 at 09:30AM Room 216 (SEB) c/m eod 09/09/05 [MAC] |
| 09/09/2005 | ORDER REASSIGNS JURY TRIAL to 11/14/05 at 09:30AM Room 216 (SEB) c/m eod 09/09/05 [MAC] |
| 10/25/2005 | ORDER GRANTS Deft Lira-Esquivel's Motion to Continue Jury Trial. cm SEB eod 10/26/05 [MAC] |
| 10/25/2005 | ORDER VACATES JURY TRIAL of 11/14/05 at 09:30AM Room 216 (SEB) c/m eod 10/26/05 [MAC] |
| 10/25/2005 | ORDER REASSIGNS JURY TRIAL to 12/12/05 at 09:30AM Room 216 (SEB) c/m eod 10/26/05 [MAC] |
| 12/05/2005 | ORDER GRANTS deft Anderson's Motion to Continue Jury Trial. cm SEB eod 12/07/05 [MAC] |
| 12/05/2005 | ORDER VACATES JURY TRIAL of 12/12/05 at 09:30AM Room 216 (SEB) c/m eod 12/07/05 [MAC] |
| 12/05/2005 | ORDER ASSIGNS CONF to 01/06/06 at 10:00AM Room 216 (SEB) c/m eod 12/07/05 [MAC] |
| 01/10/2006 | TRANSCRIPT of Pretrial Hearing held on 1/6/06 - One Volume eod 01/10/06 [MAC] |
| 01/13/2006 | COURTROOM MINUTES - Scheduling Conference. Parties appeared by Counsel. Case Management Dates and Deadlines are established. (S.O.) cm SEB eod 01/17/06 [MAC] |
| 01/13/2006 | ENTRY REASSIGNS JURY TRIAL to 06/19/06 at 09:30AM Room 216 (SEB) c/m eod 01/17/06 [MAC] |
| 01/13/2006 | ENTRY ASSIGNS HEARING to 04/05/06 at 10:00AM Room 216 (SEB) c/m (Hearing on any |

| | |
|---|---|
| | Motions to Suppress) eod 01/17/06 [MAC] |
| 02/17/2006 | RESPONSE in Opposition to deft's Motions to Suppress Wiretap Evidence c/s - PLTF USA eod 02/17/06 [MAC] |
| 06/07/2006 | ORDER GRANTS defts' Bermudez and Powell's Motions to Continue Jury Trial. cm SEB eod 06/07/06 [MAC] |
| 06/07/2006 | ORDER VACATES JURY TRIAL of 06/19/06 at 09:30AM Room 216 (SEB) c/m eod 06/07/06 [MAC] |
| 06/07/2006 | ORDER REASSIGNS JURY TRIAL to 09/25/06 at 09:30AM Room 216 (SEB) c/m eod 06/07/06 [MAC] |
| 08/10/2006 | ENTRY ASSIGNS CONF to 08/31/06 at 03:30PM Room 216 (SEB) c/m (final ptc) eod 08/11/06 [CBU] |
| 08/30/2006 | ENTRY VACATES CONF of 08/31/06 at 3:30PM Room 216 (SEB) c/m (to be RESET to a date closer to the Trial Date) eod 08/30/06 [MAC] |
| 09/20/2006 | COURTROOM MINUTES - Guilty Plea Hearing; eod 09/20/06 [MAC] |
| 09/20/2006 | APPEARANCE FOR THE USA BY AUSA J. Minkler eod 09/20/06 [MAC] |
| 09/20/2006 | DEFT APPEARS IN PERSON AND with retained Counsel K. McShane eod 09/20/06 [MAC] |
| 09/20/2006 | USPO Represented by J. Hardy eod 09/20/06 [MAC] |
| 09/20/2006 | COURT REPORTER G. Cunningham eod 09/20/06 [MAC] |
| 09/20/2006 | COURT FINDS factual basis for plea and plea voluntarily made. eod 09/20/06 [MAC] |
| 09/20/2006 | COURT ACCEPTS plea agreement and ADJUDGES deft GUILTY as charged. eod 09/20/06 [MAC] |
| 11/02/2006 | ENTRY ASSIGNS SENTENCING DATE to 12/19/06 at 02:00PM Room 216 (SEB) c/m eod 11/03/06 [MAC] |
| 11/08/2006 | ENTRY VACATES SENTENCING DATE of 12/19/06 at 2:00PM Room 216 (SEB) c/m eod 11/09/06 [MAC] |

| | |
|---|---|
| 11/08/2006 | ENTRY REASSIGNS SENTENCING DATE to 01/11/07 at 11:00AM Room 216 (SEB) c/m eod 11/09/06 [MAC] |
| 11/20/2006 | ENTRY VACATES SENTENCING DATE of 01/11/07 at 11:00AM Room 216 (SEB) c/m eod 11/20/06 [MAC] |
| 11/20/2006 | ENTRY REASSIGNS SENTENCING DATE to 01/12/07 at 11:00AM Room 216 (SEB) c/m eod 11/20/06 [MAC] |
| 12/14/2006 | ENTRY VACATES SENTENCING DATE of 01/12/07 at 11:00AM Room 216 (SEB) c/m eod 12/14/06 [MAC] |
| 12/14/2006 | ENTRY REASSIGNS SENTENCING DATE to 01/11/07 at 03:30PM Room 216 (SEB) c/m eod 12/14/06 [MAC] |
| 01/11/2007 | COURTROOM MINUTES - Sentencing Hearing (SEB); eod 01/12/07 [MAC] |
| 01/11/2007 | APPEARANCE FOR THE USA BY AUSA J. Minkler eod 01/12/07 [MAC] |
| 01/11/2007 | DEFT APPEARS IN PERSON AND with retained Counsel K. McShane eod 01/12/07 [MAC] |
| 01/11/2007 | USPO Represented by D. Schoettmer eod 01/12/07 [MAC] |
| 01/11/2007 | COURT REPORTER P. Cline eod 01/12/07 [MAC] |
| 01/11/2007 | SENTENCING HELD eod 01/12/07 [MAC] |
| 01/17/2007 | JUDGMENT ENTERED DEFT pleaded guilty to COUNT/FINDING: Count 1 18:841(a)(1) and 846-Consp to distribute cocaine. IMPRISONMENT: 66 months. RECOMMENDATION: Designation to a facility close as possible to Indianapolis. SUPERVISED RELEASE: 5 years. Standard & Special conditions of Supervision - See Judgment. ASSESSMENT: $100.00. SCHEDULE OF PAYMENTS: SA due immediately. cm SEB OBV 41 PG 10 eod 01/18/07 [CBU] |
| 06/26/2009 | LETTER from deft requesting copies - DEFT Phillips eod 06/26/09 [MAC] |
| 07/14/2009 | ENTRY GRANTS deft's Request for a copy of the docket sheet. Deft's request for a copy of the sealed plea agreement is denied at this time. The USA shall report not later than 8/5/09 whether it objects to the unsealing and distribution of the plea agreement. cm SEB eod 07/15/09 edited 07/23/09 [MAC] |
| 07/23/2009 | RESPONSE to deft's Request for Unsealing and Distribution of Plea Agreement. c/s - PLTF |

|  |  |
|---|---|
|  | USA eod 07/23/09 [MAC] |
| 09/30/2011 | USPO Petition Request for Modfying the conditions or term of supervision with the consent of the offender. SEB eod 10/04/11 [CKM] |
| 10/04/2011 | ORDER Approves Request for Modifying the conditions or Term of Supervision with consent of the Offender. SEB cc: USA, PROB and USM. eod 10/06/11 [CKM] |
| 10/04/2012 | REASSIGNED from Mag FOSTER to Mag LYNCH eod 10/04/12 [MAC] |
| 08/13/2013 | ***CASE ADMINISTRATIVELY MOVED TO THE COURT'S CM/ECF SYSTEM UNDER THE SAME CAUSE NUMBER (1:05-cr-043-SEB-DML-15). NO FURTHER ENTRIES SHALL BE MADE IN JAMS.*** eod 08/13/13 [DH] |